IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff<br><br>      v.<br><br>$189,970.00 IN CURRENCY,<br><br>   Defendant | CIVIL NO. 08-1197 (JP) |

**DEFAULT JUDGMENT**

　　On February 13, 2008, Plaintiff United States of America ("USA") filed a verified complaint for forfeiture *in rem* against the above-described property.  Notice was caused to be published on March 12, 2008, in El Nuevo Día, a daily newspaper of general circulation in the Island of Puerto Rico, allowing any person having a claim in the above mentioned defendant property to state the same before this Court.  No claimants came forward to stake a claim for the currency.

　　Plaintiff USA has moved for a default judgment because no claim has been filed within the time allotted by Rule G(5)(a)(ii) of the Federal Rules of Civil Procedural Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions.  The Court has reviewed the record and has concluded that any claims filed today or in the future are time-barred.

CIVIL NO. 08-1197 (JP)                -2-

    Therefore, the Court **ENTERS JUDGMENT IN FAVOR OF PLAINTIFF** in the amount of $189,970.00 in U.S. Currency.

    **IT IS SO ORDERED.**

    In San Juan, Puerto Rico, this 15th day of August, 2008.

                                                             s/Jaime Pieras, Jr.  
                                                              JAIME PIERAS, JR.  
                                          U.S. SENIOR DISTRICT JUDGE